# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| JOHN RITCHIE )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>**)**<br>MISSOURI DEPARTMENT OF )<br>CORRECTIONS, et al )<br>)<br>    Defendants ) | Cause No. 2:19-cv-04216 |

## CONSENT VOLUNTARY MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff moves to voluntarily dismiss with prejudice Defendant Thomas Pryor, Heyden Hucke, Thomas Bredeman, J. Cofield, Pamala Swartz, Colette Rodgers, Wanda Laramore, and Narenda Khengar.

Defendants have consented to this motion.

                      Respectfully Submitted,

                      */s/ James R. Wyrsch, 53197*
                      James Wyrsch, 53197
                      KHAZAELI WYRSCH LLC
                      911 Washington Avenue, Suite 211
                      Saint Louis, MO 63101
                      (314) 288-0777
                      (314) 400-7701 (fax)
                      james.wyrsch@kwlawstl.com

                      */s/ Kevin P. Etzkorn*
                      Kevin Etzkorn, 56564
                      ETZKORN & ETZKORN
                      8821 Manchester Rd.
                      St. Louis, MO 63144
                      (314) 596-9361
                      kevin@etzkornlawyers.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 27, 2020 a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and served upon all parties of record via the court's electronic filing system.

/s/ James Wyrsch