# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| JOHN RITCHIE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MISSOURI DEPARTMENT )<br>OF CORRECTIONS, et al )<br>) | Cause No. 2:19-cv-04216-BCW |

### PLAINTIFF'S MEMORANDUM PASSING CASE FOR SETTLEMENT

COMES NOW Plaintiff John Ritchie, by and through the undersigned counsel, and informs the Court that the parties have reached an agreement to settle all claims, rendering any pending motions moot. Settlement paperwork is expected to be finalized in short order and once funds have been tendered, dismissals will be filed.

RESPECTFULLY SUBMITTED

*/s/ Kevin P. Etzkorn*
Kevin Etzkorn, 56564
ETZKORN & ETZKORN
8821 Manchester Rd.
St. Louis, MO 63144
(314) 596-9361
kevin@etzkornlawyers.com

1

## CERTIFICATE OF SERVICE

       The undersigned certifies that on August 25, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Zachary T. Buccheit
Missouri Attorney General's Office
P.O. Box 899
Jefferson City, MO 65102
*Attorneys for Defendants Lombardi and Missouri Department of Corrections*

J. Thaddeus Eckenrode
Dwight Vermette
Alejandro S. Valdez
11477 Old Cabin Rd., Ste. 110
St. Louis, MO 63141
jte@eckenrode-law.com
dav@eckenrode-law.com
asv@eckenrode-law.com
*Attorneys for Defendants Bredeman, Corizon, Cofield, Khengar, Pryor*

James R. Wyrsch, 53197
911 Washington Avenue, Suite 211
Saint Louis, MO 63101
(314) 288-0777
(314) 400-7701 (fax)
james.wyrsch@kwlawstl.com
*Co-Counsel for Plaintiff*

                                                        /s/Kevin P. Etzkorn
                                                      Kevin P. Etzkorn, 56564